**Rowdy Meeks** (*pro hac vice granted*)
rowdy.meeks@rmlegalgroup.com
Rowdy Meeks Legal Group LLC
435 Nichols Rd., Suite 200
Kansas City, Missouri 64112
Tel: (816) 977-2741
Fax: (816) 875-5069
Kansas Bar No. 16068

**Derek C. Johnson, OSB** 88234
djohnson@jjlslaw.com
**Jennifer Middleton, OSB** 071510
jmiddleton@jjlslaw.com
Johnson Johnson Larson & Schaller, PC
975 Oak Street, Suite 1050
Eugene, Oregon 97401
Tel: (541) 484-2434
Fax: (816) 875-5069

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# MEDFORD DIVISON

| | |
|---|---|
| **MICAH DUBEAU, DAVID DUBEAU** and **COREY GILE** <br><br> On Behalf of Themselves And All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> **STERLING SAVINGS BANK and GOLF SAVINGS BANK** <br><br> Defendants. | Case No. 1:12-cv-01602-CL <br><br><br> STIPULATION FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT |

Plaintiffs Micah DuBeau and David DuBeau ("Plaintiffs"), and Defendant Sterling Savings Bank, successor by merger with Golf Savings Bank ("Sterling"), pursuant to Federal Rule of Civil Procedure ("Rule") 15, hereby stipulate to Plaintiffs' filing of the Second Amended Complaint in the form attached to this Stipulation.

Respectfully submitted,

*/s/ Rowdy B. Meeks*
Rowdy B. Meeks, Kansas Bar Number 16068
*Pro Hac Vice Motion granted*

Respectfully submitted,

/s/ *Derek C. Johnson*
Derek C. Johnson, OSB #88234

**ATTORNEYS FOR PLAINTIFF**

MILLER NASH LLP

/s/ Jeanne Kallage Sinnott
John F. Neupert, P.C., OSB No. 783168
john.neupert@millernash.com
Jeanne Kallage Sinnott, OSB No. 075151
jeanne.sinnott@millernash.com
Katie H. Haraguchi, OSB No. 083537
katie.haraguchi@millernash.com
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97204
Telephone: (503) 224-5858
Facsimile: (503) 224-0155

Attorneys for Defendant Sterling Savings Bank,
successor by merger with Golf Savings Bank

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was electronically filed with the Clerk of Court and therefore served via the Court's electronic filing system on all counsel of record.

/s/ Rowdy B. Meeks
**ATTORNEYS FOR PLAINTIFFS**