IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| MICAH DUBEAU, DAVID DUBEAU, COREY GILE, on behalf of themselves and all others similarly situated, | Civ. No. 1:12-cv-01602-CL |
| Plaintiffs, | JUDGMENT |
| v. | |
| STERLING SAVINGS BANK and GOLF SAVINGS BANK, | |
| Defendants. | |

CLARKE, Magistrate Judge.

Final judgment is hereby entered and relief granted according to the Order of the Court, separately entered on August 28, 2013.

DATED this 28 day of August, 2013.

MARK D. CLARKE
United States Magistrate Judge

Page 1 – JUDGMENT